IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REGINALD DONELL RICE,<br>ID # 1436278<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAREY D. COCKELL, et. al.,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:10-CV-741-O |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Doc. 6) and noting that no objections have been filed thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, Plaintiff's Applications to Proceed *In Forma Pauperis* (Docs. 2, 4) are **DENIED**.

By separate judgment, the Court formally dismisses this action without prejudice, as Plaintiff has failed to pay the $350.00 filing fee prior to this Court's acceptance of the Magistrate Judge's recommendation.

**SO ORDERED** this 7th day of June, 2010.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Reed O'Connor
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**