IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| REGINALD DONELL RICE, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:10-cv-0741-O |
| | § | |
| CAREY D. COCKELL et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and of Plaintiff's objections thereto, I am of the opinion that the fact findings and conclusions of law set forth in the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the findings of the Court.

Accordingly, Plaintiff's motion for leave to file a Rule 60(b) motion and application to proceed *in forma pauperis* are **DENIED**.

**SO ORDERED** this **21st day** of **February, 2019**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE