**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| REGINALD DONELL RICE, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:10-cv-741-O |
| | § | |
| CAREY D. COCKELL, et al., | § | Referred to U.S. Magistrate Judge |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 15) in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, the *Motion for C.O.A. and In Forma Pauperis* (ECF No. 14), received on March 5, 2019, is **DENIED**.

**SO ORDERED** on this **3rd day** of **April, 2019.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**